IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:20-cr-747 HEA/NAB |
| | ) |
| MARCUS GARDNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE
PERMITTING TRAVEL TO ILLINOIS FOR CHURCH SERVICES**

Defendant Marcus Gardner, by and through counsel, Assistant Federal Public Defender Kevin B. Gau, and moves this Court to amend his conditions of release permitting him to travel to Madison County, Illinois on Saturdays so that he may attend church services at New Salem Missionary Baptist Church in Venice, Illinois.  In further support of this motion, counsel states the following:

1. Mr. Gardner appeared before the Honorable John M. Bodenhausen for his initial appearance, arraignment, and detention hearing on December 8, 2020.

2. This Court released Mr. Gardner on pretrial supervisions with specific conditions, including condition 7(f)—that Defendant shall remain within the Eastern District of Missouri.

3. Until his arrest in this case on December 6, 2020, Mr. Gardner had been regularly attending New Salem Missionary Baptist Church, 1349 Klein St., Venice, Illinois 62090 (Rev. Larry Brown, minister).  During Saturday

sessions, Mr. Gardner plays piano/keyboard for the Church, and the sessions were recorded for Sunday video broadcasts to stay-at-home congregants during the pandemic.

4. Mr. Gardner has been invited to return to the church to participate in Saturday services and music recording sessions. While at church for these services, there are no unsupervised minors present.

5. Mr. Gardner's mother, Regina Gardner, lives nearby in Madison Illinois. Ms. Gardner has been a regular congregant at New Salem Missionary Baptist Church for many years.

6. Mr. Gardner requests that his conditions of release be amended to permit him to travel to Madison and Venice, Illinois (both in Madison County), on Saturdays from 12:00 PM to 5:00 PM for the express purpose of attending church music recording services and escorting his mother (who lives alone) to and from church.

WHEREFORE, for the reasons stated above, defendant requests the conditions of his release be amended permitting him to travel to Illinois on Saturdays between 12:00 PM and 5:00 PM to attend church services at New Salem Missionary Baptist Church in Venice, Illinois, and to escort his mother to church from her residence in Madison, Illinois.

Respectfully submitted,

/s/ *Kevin B. Gau*
KEVIN B. GAU #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Gau@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jillian Anderson, Assistant United States Attorney.

/s/*Kevin B. Gau*
KEVIN B. GAU
Assistant Federal Public Defender